UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**WILLIAM RINE,**

    **Plaintiff,**

v.                                                              Case No: 5:17-cv-79-Oc-34PRL

**LIFE INSURANCE COMPANY OF
NORTH AMERICA**

    **Defendant.**

## ORDER

This case was referred to the undersigned for preparation of a Scheduling Order and a Report and Recommendation regarding an appropriate resolution of the case. (Doc. 16). Upon consideration of the parties' Case Management Report (Doc. 15) and review of the file, the following deadlines hereby are established:

    (a)    Defendant will provide the administrative record to Plaintiff by **June 15, 2017**.

    (b)    The parties shall file dispositive motions or cross-briefs by **January 31, 2018.**

    (c)    Responses to dispositive motions or briefs shall be filed by **March 30, 2018**.

    (d)    The undersigned will conduct oral argument on **May 16, 2016 at 10:00 a.m.** in Courtroom 1A, Golden-Collum Memorial Federal Building & United States Courthouse, 207 N.W. Second Street, Ocala, Florida.[1]

---

[1] Although cell phones, laptop computers, and similar electronic devices are not usually allowed in the building, counsel will be permitted to bring those items with them for purposes of this hearing upon presentation of a copy of this Order to Court Security Officers.

The parties are directed to deliver to chambers of the undersigned a courtesy copy of all motions, briefs and responses, a copy of the administrative record and copies of all relevant exhibits and depositions. The Court anticipates notifying the parties at oral argument as to the date of any expected trial term.

**MEDIATION ORDER**

Pursuant to Chapter Nine of the Local Rules, this case is referred to a mediation conference with **Michelle Jernigan, Esquire**. Counsel for Plaintiff is designated as lead counsel to be responsible for coordinating a mutually agreeable mediation date and for filing a notice advising the Court of the date selected for mediation. The mediation conference shall be completed by **December 29, 2017.** Absent agreement otherwise by the parties or order of the Court, the cost of the mediator's services shall be borne equally by the parties.

**DONE** and **ORDERED** in Ocala, Florida on May 5, 2017.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties